**STATE of Maine**

v.

**Ralph E. SARGENT.**

Supreme Judicial Court of Maine.

Argued March 14, 1985.

Decided March 29, 1985.

Janet T. Mills, Dist. Atty., Anthony Ferguson (orally), Asst. Dist. Atty., South Paris, for the State.

Preti, Flaherty & Beliveau, Franklin A. Poe (orally), Rumford, for defendant.

Before McKUSICK, C.J., and NICHOLS, VIOLETTE, WATHEN, GLASSMAN and SCOLNIK, JJ.

MEMORANDUM OF DECISION.

■ Ralph E. Sargent appeals from a Superior Court, Oxford County, jury conviction for gross sexual misconduct, 17–A M.R.S.A. § 253(1)(B) (1983). Our review of the record reveals no fatal variance between the indictment and proof. *See State v. Carmichael*, 444 A.2d 45, 47–48 (Me. 1982). We also reject defendant's contention that the victim's testimony is incredible and therefore insufficient to support the conviction. *See State v. Brown*, 479 A.2d 1317, 1318 (Me.1984).

The entry is:

Judgment affirmed.

All concurring.